UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   JS-6

| Case No. | CV09-3283-CAS(CTx) | Date | August 16, 2010 |
|---|---|---|---|
| Title | *LA UNICA INTENACIONAL SONORA SANTANERA, ETC. v. HOLLYWOOD PARK CASINO; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Dennis Wheeler |

**Proceedings:**   (IN CHAMBERS) - DISMISSAL BY COURT FOR FAILURE TO COMPLY WITH LOCAL RULES AND FEDERAL RULES OF CIVIL PROCEDURE

WHEREAS, on February 26, 2010, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants SUPERBAILAZOS;** and **SONORA SANTANERA DE CARLOS COLORADO**;

The Court delayed in dismissing the above-referenced action for lack of prosecution, based on plaintiff's Response to the Order to Show Cause filed on March 16, 2010, requesting a short extension of fifteen (15) days (up to and including March 31, 2010). Five (5) months having passed and as of the date of this minute order, no further movement in the above-referenced action has occurred;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for lack of prosecution and plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |